UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DOMINIQUE FLICHER, ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **NO: 10-1902** |
| **BAC HOME LOAN SERVING, LP, ET AL.** | **SECTION: "S" (5)** |

## ORDER

**IT IS HEREBY ORDERED** Plaintiffs' Motion Appealing Magistrate's Ruling Denying Plaintiffs' Motion for Leave to File Amended & Supplemental Complaint Pursuant to Federal Rule of Civil Procedure 15(a) (Doc. #58)is **DENIED**.

An order issued by a magistrate judge concerning nondispositive pretrial matters, such as a motion to amend the complaint, is reviewed by the district court under the clearly erroneous standard. See Perales v. Sasilla, 950 F.2d 1066, 1070 (5th Cir. 1992); 28 U.S.C. § 636(b)(1)(A). On November 17, 2010, the court granted a motion to dismiss filed by defendants Rader Jackson and Jackson & McPherson, LLP (collectively, "Jackson defendants") On February 4, 2011, the district court granted a motion to dismiss filed by defendants Bank of America, N.A. and BAC Home Loans Servicing, LP[1] (collectively "BAC"), in which some of plaintiffs' claims were dismissed with prejudice and others were dismissed without prejudice. In that order, the district court stated that

---

[1] BAC Home Loans Servicing, LP was improperly named in the complaint as BAC Home Loan Serving, LP.

any proposed amended complaint offered by plaintiffs could not reassert any claims that the court dismissed with prejudice.

On March 31, 2011, the United States Magistrate Judge followed the court's February 4, 2011, order and denied plaintiffs' motion to amend as to claims that were dismissed without prejudice, but otherwise permitted plaintiffs' to file an appropriate amended complaint, subject to the defendants' right to challenge the vitality of the newly asserted claims by way of dispositive motions. The court also denied plaintiffs' motion to amend their claims against the Jackson defendants. The plaintiffs were ordered to re-draft their proposed pleading to delete the claims that the court disallowed.

There is no clear error in the magistrate judge's order. Therefore, plaintiffs' motion appealing that ruling is DENIED.

New Orleans, Louisiana, this __19th__ day of May, 2011.

_____
**MARY ANN VIAL LEMMON
UNITED STATES DISTRICT JUDGE**